No. 88–6214.   FISHER *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 88–6215.   SOSA *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–6217.   DUNCAN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–6218.   ARIAS GOMEZ *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 88–6219.   WALKER *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 88–6220.   BOWER *v.* TEXAS.   Ct. App. Tex., 5th Dist.   Certiorari denied.

No. 88–6221.   GREGORY *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 88–6223.   HANNAFORD *v.* MICHIGAN.   Ct. App. Mich.   Certiorari denied.

No. 88–6225.   JARAMILLO *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 88–6226.   LAWRENCE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 88–6228.   MALEKZADEH *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–6229.   WHITE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 88–6230.   PEROTTI *v.* SHANER.   C. A. 6th Cir.   Certiorari denied.

No. 88–6231.   MILLER *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 88–6232.   OUTLAW *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.